JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A-ONE COMMERCIAL RISK RETENTION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> MUSA LOGISTICS, INC,; HABTOM UQBAZG; and FASIL M. WUBETU, <br><br> Defendants. | Case No.: 8:23−cv−00722 DOC (KESx) <br><br> District Judge David O. Carter; Magistrate Judge Karen E. Scott <br><br> **ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [23]** |

Based upon the Parties' Stipulation for Dismissal of Entire Action With Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Court hereby dismisses the above-entitled action with prejudice. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated:  October 25, 2023

*David O. Carter*

Hon. David O. Carter
United States District Judge

/ / /
/ / /
/ / /

1